IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessica Gajewski,<br><br>            Plaintiff,<br><br>v<br><br>Integer Holdings,<br><br>            Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>**Case No.**<br><br>**21-cv-579** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jessica Gajewski and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, Integer Holdings. The parties will be participating in mandatory arbitration.

Date:   May 17, 2021

_[signature]_
_____
*Signature of plaintiffs or plaintiff's counsel*

535 Washington Street, 9th Floor
*Address*

Buffalo, NY 14203
*City, State & Zip Code*

716-856-8676
*Telephone Number*